An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Appellant,
vs.
LAS VEGAS METROPOLITAN POLICE
DEPARTMENT,
Respondent.

No. 60469

**FILED**

AUG 0 8 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from a district court order denying appellant's motion to join in a forfeiture action. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

A proposed intervenor does not become a party to a district court action until the motion to intervene is granted by the district court. *Aetna Life & Cas. Ins. Co. v. Rowan*, 107 Nev. 362, 812 P.2d 350 (1991). Thus, when a motion to join or intervene in a district court action is denied, the proposed intervenor is not a party within the meaning of NRAP 3A(a) (providing that only an aggrieved party may appeal), and the proposed intervenor therefore lacks standing to appeal from the denial of his or her motion to intervene or join in the underlying case. *Aetna*, 107 Nev. at 362, 812 P.2d at 350-51. Here, appellant seeks to appeal from the denial of his motion to join the underlying forfeiture action as an interested party to the funds at issue in that matter. Because the motion

SUPREME COURT
OF
NEVADA

(O) 1947A

14-26110

to intervene was denied, appellant was not a party to the case below, and thus, he lacks standing to appeal this determination. *Id.* Accordingly, we ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Douglas Smith, District Judge
       Percy Lavae Bacon
       Clark County District Attorney
       Eighth District Court Clerk

---

[1]In light of this order, we deny as moot all requests for relief currently pending in this appeal.